UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONDA SPENCER, | ) | CASE NO.: 1:13-CV-120 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert. The Report and Recommendation (ECF #22) is hereby ADOPTED. Plaintiff, Tyronda Spencer, challenged the Acting Commissioner of Social Security's final decision denying her application for Supplemental Security Income ("SSI"). Magistrate Judge Limbert found that the Administrative Law Judge's ("ALJ") decision, that Plaintiff could perform a significant number of jobs in the national economy, was supported by substantial evidence in the record and that the ALJ applied the appropriate legal standards. *See, e.g., Ealy v. Comm'r of Soc. Sec.*, 594 F.3d 504, 512 (6th Cir. 2010). Plaintiff, after being granted leave for extended time to file, timely filed her objections to the Magistrate's Report and Recommendation on March 6, 2014 (ECF #24). Defendant, the Acting Commissioner of the Social Security Administration, filed a Response to Plaintiff's Objections on March 18, 2014 (ECF #25).

This Court has reviewed *de novo* those portions of the Magistrate Judge's Report and Recommendation to which proper objections have been made. *See* FED. R. CIV. P. 72(b)(3). This Court finds that Magistrate Judge Limbert's Report and Recommendation thoroughly and correctly discusses the evidence contained in the entire record, and that it presents a well-

reasoned and correct analysis of the applicable law. The Court finds that Plaintiff's objections raise no arguments, factual or legal, that have not been fully addressed by the Magistrate Judge's Report and Recommendation.

The Magistrate's Report and Recommendation fully and correctly addresses all of the Plaintiff's claims, and the Plaintiff's objections are unwarranted. This Court, therefore, ADOPTS the Magistrate Judge's Report in its entirety. Plaintiff's Objections (ECF #24) are hereby DENIED; and, consistent with the Magistrate Judge's Report and Recommendation, the Acting Commissioner of Social Security's final decision is AFFIRMED.

IT IS SO ORDERED.

JUDGE DONALD C. NUGENT
United States District Judge

DATED: March 31, 2014